UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BASHAR ZEIDAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF RICHMOND POLICE DEPARTMENT, et al.,<br><br>　　　　Defendants. | Case No. 3:21-cv-04010-JD<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff's counsel failed to appear at the status conference and motion to dismiss hearing on October 28, 2021. The absence was unexcused. The case is stayed until the Court receives an explanation and assurance from counsel that plaintiff's case will be prosecuted in a responsible and professional manner. To that end, counsel for plaintiff are directed to state in writing by November 4, 2021, why they failed to appear as scheduled, and whether they intend to prosecute this case. A failure to meet this deadline, or to provide an adequate response to the Court's concerns, may result in a dismissal of the case under Rule 41(b) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Dated: October 28, 2021

_____
JAMES DONATO
United States District Judge